## SUPREME COURT OF NORTH DAKOTA



OFFICE OF THE CLERK
Petra H. Mandigo Hulm
600 East Boulevard Avenue
Bismarck, ND  58505-0530
701-328-2221
1-800-366-6888 (TTY)

Email: supclerkofcourt@ndcourts.gov

View or File Supreme Court Documents
Here:  http://www.portal.ctrack.ndcourts.gov

---

## NOTICE

Re:    Dorchester Minerals v. Hess Bakken Investments II
       Supreme Court No. 20230326
       Mountrail County District Court No. 31-2021-CV-00194


A corrected opinion has been filed in this case. This corrects the opinion filed July 5, 2024. Please note the correction is on the Opinion title page.

Counsel for the Plaintiff, Appellant and Cross-Appellee has been corrected from "Paul J. Forster (argued) and Zachary Eiken (appeared), Bismarck, ND, for plaintiff, appellant and cross-appellee" to now read "Joshua Swanson, Fargo, ND, for plaintiff, appellant and cross-appellee. Also corrected on the Opinion title page was counsel for the Defendant, Appellee and Cross-appellant has been corrected from "Joshua Swanson, Fargo, ND, for defendant, appellee and cross-appellant to now read "Paul J. Forster (argued) and Zachary Eiken (appeared), Bismarck, ND, for defendant, appellee and cross-appellant.

The corrected opinion will be filed in Odyssey.

Sincerely,

Becky Palmer
Deputy Clerk